IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JITENDRA KUMAR                          :
                                        :
                    Petitioner,         :   3:26-cv-1614
                                        :   (JUDGE MARIANI)
        v.                              :
                                        :
WARDEN, PIKE COUNTY                     :
CORRECTIONAL FACILITY, *et al.*,        :
                                        :
                    Respondents.        :

## ORDER

AND NOW, THIS ___30th___ DAY OF JUNE 2026, upon consideration of

Petitioner Jitendra Kumar's counseled petition for writ of habeas corpus pursuant to 28

U.S.C. § 2241 (Doc. 1), Respondents' response (Doc. 4), and for the reasons set forth in

the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's habeas petition is **GRANTED**.

2. Respondents **SHALL IMMEDIATELY RELEASE** Petitioner Jitendra Kumar from

the custody of the Warden of the Pike County Correctional Facility, who has

immediate physical custody of Petitioner.

3. Respondents **SHALL CERTIFY COMPLIANCE** with the Court's Order by filing a

declaration or affidavit pursuant to 28 U.S.C. § 1746 **no later than Thursday July 2,**

**2026, at 5:00 P.M.** confirming that Petitioner Jitendra Kumar has been released from

custody.

4. Respondents are **PERMANENTLY ENJOINED** from detaining Petitioner Jitendra Kumar pursuant to 8 U.S.C. § 1225(b), absent a compelling change in circumstances.

5. If Respondents elect to later detain Petitioner under 8 U.S.C. § 1226(a), the Respondents must provide Petitioner with notice and an opportunity to be heard at a timely individualized bond hearing, where an Immigration Judge assesses whether he is a danger or flight risk.

6. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge